FILED
CLERK, U.S. DISTRICT COURT

AUG 2 5 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. JOSE MALDONADO-SOLANO DEFENDANT(S). | CASE NUMBER 8:25-mj-00429-DUTY ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of <u>the defendant</u>, IT IS ORDERED that a detention hearing is set for <u>Friday, August 29</u>, <u>2025</u>, at <u>10:00</u> ☒ a.m. / ☐ p.m. before the Honorable <u>Karen L. Stevenson</u>, in Courtroom <u>580</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: August 25, 2025

/s/ Karen L. Stevenson
Hon. Karen L. Stevenson
Chief U.S. Magistrate Judge